AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

V.

NENE FALL KARERI

DOB:
PDID:

**CRIMINAL COMPLAINT**

**FILED**

MAY 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 05-0319M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 6, 2005__ in __Washington, D.C.__ county, in the _____ District of Columbia and elsewhere defendant(s) did, (Track Statutory Language of Offense)

knowingly and without authority from this court, destroy, damage, waste, dispose of, transfer, or otherwise take an action, or did knowingly attempt to destroy, damage, waste, dispose of, transfer, or otherwise take an action, for the purpose of impairing or defeating this Court's continuing in rem jurisdiction over property that they knew was subject to the in rem jurisdiction of this Court, a United States court for purposes of civil forfeiture under Federal Law,

in violation of Title __18__ United States Code, Section(s) __2232(b)__.

I further state that I am __Debra LaPrevotte, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

See Attached STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, William R. Cowden  (202) 307-0258
Sworn to before me and subscribed in my presence,

MAY 2 7 2005
Date

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Complainant
Debra LaPrevotte, Special Agent
Federal Bureau of Investigation

at __Washington, D.C.__
City and State

Signature of Judicial Officer