## STATEMENT OF FACTS

On or about July 9, 2001, SIMON PETER KARERI and his wife, NENE FALL KARERI, purchased a parcel of land located at 11310 South Glen Road, Potomac, Maryland, for a purchase price of $575,000 (the "Defendant Property").  SA Debra LaPrevotte, SA Mark Stanley and agents from the United States Secret Service traced funds from SIMON PETER KARERI's criminal conduct to the purchase of the Defendant Property.  On September 2, 2004, the United States filed a civil forfeiture complaint *in rem* against the Defendant Property in the United States District Court for the District of Columbia, Civil Action Number 04-1525 (RMU). This Court issued a warrant of arrest in rem against the Defendant Property on September 29, 2004, and the warrant was served out of the District of Columbia on the Defendant Property on September 29, 2004.  As required by law, SIMON PETER KARERI and NENE FALL KARERI were put on notice by the United States Attorney's Office for the District of Columbia, by certified mail, that the United States had filed a civil forfeiture action against the Defendant Property and that a lis pendens against the Defendant Property had been filed with Montgomery County Land Records.  On or about October 15, 2004, both SIMON PETER KARERI and NENE FALL KARERI filed separate verified "Statement[s] of Interest" in this Court, in Civil Action 04-1525, in which each individual indicated that he or she was "the co-owner of the property which is the subject of this forfeiture action."

Along with this property, law enforcement agents identified bank accounts under the control of SIMON PETER KARERI and/or NENE FALL KARERI for which there was probable cause to believe that the funds in these accounts were the proceeds of violations of Title 18 U.S.C. § 1344 (Bank Fraud), Title 18 U.S.C. § 657 (Embezzlement), and Title18 U.S.C. § 1343 (Wire Fraud).  Agents obtained seizure warrants issued from this Court and, on July 23, 2004, seized $819,127.70 from a SunTrust Bank account.  On August 12, 2004, agents seized $76,853.96 and $99,265.21 from two additional SunTrust Bank accounts, and on October 7, 2004, agents seized $136,047.26 from a Riggs Bank account.  SIMON PETER KARERI and NENE FALL KARERI were noticed by certified regarding each of these seizures, and they filed claims against these funds as well.

On or about January 10, 2005, SIMON PETER KARERI and NENE FALL KARERI jointly moved to have the civil forfeiture case (Civil Action 04-1525) stayed pending the outcome of a criminal investigation into their activities and of which they were then aware. Thereafter, knowing that the United States had taken action against the Defendant (Glen Road) Property (and against funds in various bank accounts), and after demonstrating their knowledge that the Defendant Property was subject to this Court's in rem jurisdiction by filing claims and pleadings in this Court, SIMON PETER KARERI and NENE FALL KARERI placed the Defendant Property up for sale.  On May 6, 2005, SIMON PETER KARERI and NENE FALL KARERI sold the property for $1,075,000.

Federal Bureau of Investigation Special Agent Mark Stanley conducted interviews of individuals employed at the closing company.  SA Stanley learned during the course of these

interviews that SIMON PETER KARERI and NENE FALL KARERI requested a check for the proceeds of the sale of the property and left the closing with a check made payable to SIMON P. KARERI and NENE F. KARERI in the amount of $999,315.62. SA Stanley learned that, thereafter, SIMON PETER KARERI and NENE FALL KARERI deposited the check into a bank account. An employee of the title company received a telephone call from SIMON PETER KARERI, who the employee believed was at the bank branch. SIMON PETER KARERI indicated that his bank would put a hold on the check for five to six days. SIMON PETER KARERI told the title company employee that he and his wife were leaving the county or moving out of the country and purchasing another house out of the country and that the settlement proceeds were needed for another settlement right away. The KARERI's subsequently returned to the title company (at approximately 5:00 pm) and staff at the title company completed wire transfer instructions for the transfer. The KARERI's were told that the wire would not go out that day because the title company's wire room had closed at 3:00 pm. The funds were transferred to an account at another bank. Upon receipt of these funds, SIMON PETER KARERI and NENE FALL KARERI instructed the second bank to transfer the fund out of this country, into an account in Luxembourg.

_____
SA Debra L. LaPrevotte
Federal Bureau of Investigation

Sworn and subscribed before me on this _____ day of May, 2005.


_____
U.S. Magistrate Judge